[No. 4464–5–III. Division Three. June 22, 1982.]

CLIFF McKILLOP, *Appellant,* v. CROWN
ZELLERBACH, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 23597, B. E. Kohls, J., entered April 29,
1981. *Affirmed in part* and *reversed in part* by unpublished
opinion per Munson, J., concurred in by McInturff, C.J.,
and Green, J.

[No. 5034–0–II. Division Two. June 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
WAYNE GAKIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–603, John W. Schumacher, J.,
entered September 19, 1980. *Affirmed* by unpublished
opinion per Worswick, J., concurred in by Reed, C.J., and
Petrich, J.

[No. 4343–6–III. Division Three. June 24, 1982.]

RAEKES, RETTIG, OSBORNE & FORGETTE, *Respondent,*
v. BILL STOTT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80–2–00882–7, Robert S. Day, J., entered
December 19, 1981. *Affirmed* by unpublished opinion per
Green, J., concurred in by Roe, A.C.J., and Munson, J.